UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 2 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK SASSAK, Jr.,<br><br>Defendant. | Criminal No. 1:21 cr 13<br><br>Violations:   18 U.S.C. § 2423(b)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2)<br><br>Kleeh<br>Aloi |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Travel to Engage in Sexual Activity with a Minor)

On or about October 28, 2020, in Harrison County, West Virginia, within the Northern District of West Virginia and elsewhere, defendant, **MARK SASSAK, Jr.**, did knowingly travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person, which is to say that he did travel from the State of Pennsylvania to the State of West Virginia with a motivating purpose of engaging in a sexual act with a 15 year-old girl that would be in violation of Chapter 109A of the United States Code if it occurred in the special maritime and territory jurisdiction of the United States, all in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

(Possession of Child Pornography)

From on or about October 28, 2020, in Harrison County, in the Northern District of West Virginia, defendant, **MARK SASSAK, Jr.,** did knowingly possess a computer disk and other material that contained videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, and which were produced using materials that had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Sections 2252A(a)(5)(B) and 2252A(b)(2).

\

## FORFEITURE ALLEGATION

(Child Exploitation Offenses)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2252A, including a Samsung Galaxy S9 cell phone.

A True Bill:

/s/
Foreperson

/s/ WILLIAM J. POWELL
WILLIAM J. POWELL
United States Attorney

David J. Perri
Assistant United States Attorney