IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        Criminal Action No. 1:21CR13
                                                (Judge Kleeh)

**MARK SASSAK, JR.,**

    **Defendant.**

## VERDICT
### (Count One)

    As to Count One, Travel to Engage in Sexual Activity with a Minor; from on or about October 28, 2020, in Harrison County, West Virginia, within the Northern District of West Virginia and elsewhere, in violation of Title 18, United States Code, Section 2423(b),

    We, the jury, on the issue joined, find that the defendant, MARK SASSAK, JR., is

GUILTY  __X__                          NOT GUILTY  _____

DATED: _12/9/21_                              Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                             Criminal Action No. 1:21CR13
                                      (Judge Kleeh)

**MARK SASSAK, JR.,**

    **Defendant.**

**VERDICT**
**(Count Two)**

As to Count Two, Possession of Child Pornography; from on or about October 28, 2020, in Harrison County, West Virginia, within the Northern District of West Virginia, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2),

We, the jury, on the issue joined, find that the defendant, MARK SASSAK, JR., is

GUILTY   X                                 NOT GUILTY _____

DATED: 12/9/21                                       Foreperson